UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOE BALTAS, ET. AL. | : | CIVIL ACTION NO. |
| PLAINTIFFS, | : | 3:17CV0242(RNC) |
| VS | : | |
| CAROL CHAPDELAINE, ET. AL. | : | JUNE 18TH, 2018 |
| DEFENDANTS | | |

PLAINTIFFS MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule 56, et. seq., and Local Rule 56(a)(1), the Plaintiffs herein move for summary judgment. The Plaintiffs request that summary judgment enter in their favor as they believe there are no "genuine issues of material fact" and are therefore entitled to judgment as a matter of law. Plaintiffs include a Memorandum of Law and other required documents pursuant to the rules mentioned above including affidavits in support of our motion and the Local Rule 56(a)(1) statement.

Wherefore, Plaintiffs humbly move that Summary Judgment be granted in their favor.

Respectfully Submitted,

By_____
Frank P. Cannatelli, Fed. # 04394
8 Research Parkway
Wallingford, Connecticut
06492
Phone: (203) 949-1650
Fax: (203) 949-1660

CERTIFICATION

This is to certify that on June 18th, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notices of this filing will be sent by email to all parties by operation of the Court's electronic filing system and by mail to all parties unable to accept electronic filings. Parties may access this filing through the Court's electronic system.

_____
Frank P. Cannatelli