D. Conn.<br>17-cv-242<br>Shea, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of November, two thousand twenty-three.

Present:
> John M. Walker, Jr.,
> Reena Raggi,
> Richard J. Sullivan,
> > *Circuit Judges*.

---

Joe Baltas, Jason Goode,

*Plaintiffs-Appellants*,

Derek Stockwell et al.,

*Plaintiffs*,

v.  22-2813

Warden Carol Chapdelaine, individually and in her official capacity, et al.,

*Defendants-Appellees*.

---

Appellants Baltas and Goode, pro se, move for (1) leave to proceed in forma pauperis ("IFP"), (2) appointment of counsel, and (3) a stay of briefing. Appellant Baltas also moves for (4) a copy of the district court record and (5) clarification that eight other plaintiffs referenced in the notice of appeal are also appellants in this appeal. Upon due consideration, it is hereby ORDERED that the motions for IFP status and appointment of counsel are GRANTED and counsel shall be appointed from this Court's pro bono panel. Counsel is hereby instructed to brief, among any other issues, whether the district court erred in granting summary judgment based on qualified immunity on Appellant Baltas's claim that the defendants violated the First Amendment by denying him religious services. Counsel also should determine whether counsel's representation

should extend to the other appellants and which, if any, other issues to pursue on appeal.

It is further ORDERED that the motion for "clarification" is DENIED without prejudice to the other plaintiffs signing the notice of appeal and presenting the signed notices to this Court. See *Becker v. Montgomery*, 532 U.S. 757, 760 (2001) ("[I]f the notice is timely filed and adequate in other respects, jurisdiction will vest in the court of appeals, where the case may proceed so long as the appellant promptly supplies the signature once the omission is called to his attention.").

It is finally ORDERED that the motion for a copy of the district court record is DENIED, without prejudice to renewal if counsel is unable to access any part of the record, and the motion to stay briefing is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

2

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/15/2023