**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BALTAS et al<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CHAPDELAINE et al<br><br>　　　　　　　　　　Defendant. | Case No. 3:17-cv-00242-MPS<br><br>December 22, 2025 |

**NOTICE OF APPEARANCE**

　　　To the Clerk of this Court and all parties of record, please enter my appearance on behalf of Plaintiffs Joe Baltas, Jason Goode, Kenyon L. Joseph Pellot-Castellano, Richard Rice, Philip Rivera, Noah Gladding, Peter Tarasco, and Jose Ortiz in the above entitled action.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ David R. Roth*
　　　　　　　　　　　　　　　　　　　David R. Roth (ct29876)
　　　　　　　　　　　　　　　　　　　Wiggin and Dana LLP
　　　　　　　　　　　　　　　　　　　One Century Tower
　　　　　　　　　　　　　　　　　　　265 Church Street
　　　　　　　　　　　　　　　　　　　New Haven, CT 06510
　　　　　　　　　　　　　　　　　　　Tel: (203) 498-4394
　　　　　　　　　　　　　　　　　　　Fax: (203) 782-2889
　　　　　　　　　　　　　　　　　　　droth@wiggin.com