UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOE BALTAS, ET. AL. | : | CIVIL NO. 3:17CV00242 (MPS) |
| *Plaintiff* | | |
| V. | : | |
| CAROL CHAPDELAINE, ET. AL. | : | FEBRUARY 3, 2026 |
| *Defendant* | | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME, *NUNC PRO TUNC*_**

Pursuant Rule 6 of the Federal Rules of Civil Procedure and Local Rule 7(b), undersigned counsel for the Defendants respectfully moves, for an enlargement of time until February 11, 2026, to provide the Plaintiff with discovery. The original deadline was Wednesday, January 28, 2026. This motion is to extend all the deadlines outlined (ECF No. 148) by two weeks. This request will allow counsel an opportunity to provide discovery and return to work full-time.

Despite every effort being made to meet the deadline, undersigned counsel was unable to facilitate this task. Undersigned counsel has been out of the office dealing with an illness that impacted both of her arms. Although I have not returned to work full-time, every effort is being made to fulfill this obligation. This request is limited to providing the plaintiff with the discovery that was exchanged by the parties, no other deadlines. More time was required than originally anticipated, through no fault of the named Defendants. This is the first and only request to extend the deadlines.

Plaintiffs' counsel consents to this request.

**WHEREFORE**, the undersigned, on behalf of the Defendants, respectfully requests that this motion for extension of time, from January 28, 2026, until February 11, 2026, to provide discovery, and extend the other deadlines by two-weeks, be granted.

    Respectfully submitted,

    DEFENDANTS
    CHAPDELAINE, ET AL

    WILLIAM TONG
    ATTORNEY GENERAL

BY**:/s/ Zenobia Graham-Days**_____
    Zenobia G. Graham-Days
    Assistant Attorney General
    Federal Bar #ct28802
    165 Capitol Avenue
    Hartford, CT  06106
    Tel: (860) 808-5450
    Fax: (860) 808-5591
    E-Mail: Zenobia.Graham-Days@ct.gov

## **CERTIFICATION**

I hereby certify that on February 3, 2026, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ Zenobia Graham-Days
Zenobia G. Graham-Days
Assistant Attorney General